William V. Dufner, Appellant, v. John H. Mathis, Appellee.

Gen. No. 9,497.

Heard in this court at October term, 1939; opinion filed February 14, 1940. H. D. Morgan and L. O. Eagleton, for appellant; Eugene Leiter, of counsel; Clarence W. Heyl, for appellee. Opinion by Presiding Justice WOLFE. ''Not to be published in full.''